UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| SARAH B., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:19-CV-00267-LEW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION | ) | |
| COMMISSIONER, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER ACCEPTING RECOMMENDED DECISION

On April 23, 2020, the United States Magistrate Judge filed with the court, with copies to counsel, his Amended Report and Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is, therefore, ORDERED that the Amended Recommended Decision (ECF No. 19) of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Commissioner's final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 18th day of May, 2020.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE